**Order entered April 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01480-CV

**PLANO AMI LP, ET AL, Appellants**

**V.**

**ERWIN CRUZ, M.D., Appellee**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-16274-E**

## ORDER

We **GRANT** appellants' April 22, 2013 motion for an extension of time to file their respective briefs. Appellants shall file their respective briefs on or before Monday, June 3, 2013.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE